# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 12-24189 |
|    Joseph Rutledge | ) | | |
|       Debtors | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Jacqueline P. Cox |

## NOTICE OF MOTION

**To:**   Joseph Rutledge, 8632 S. Honore, Chicago, IL, 60620

Tom Vaughn, 55 E. Monroe St # 3850, Chicago, IL, 60603

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on March 2, 2015 **at 9:00 am** I shall appear before the Honorable Judge **Jacqueline P. Cox** at 219 S. Dearborn St., Courtroom 680, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:**   */s/ Kyle Thomas Dallmann*
              Kyle Thomas Dallmann

## CERTIFICATE OF SERVICE

I, Kyle Thomas Dallmann, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 1/30/2015.

**By:**   */s/Kyle Thomas Dallmann*
              Kyle Thomas Dallmann

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax): 877.247.1960

Document    Page 2 of 4

Americredit
Bankruptcy Dept
PO Box 78143
Phoenix, AZ  85062

CitiMortgage Inc.
Bankruptcy Dept. Reaffirmation
Box 140609
Irving, TX  75014

City of Chicago Dept of Water
Bankruptcy Department
PO Box 6330
Chicago, IL  60680

Chase Bank
Attn: Bankruptcy Dept.
PO Box 15298
Wilmington, DE  19850

City of Chicago Bureau Parking
Department of Revenue
PO Box 88292
Chicago, IL  60680

Sallie Mae
Bankruptcy Department
1002 Arthur Dr.
Lynn Haven, FL  32444

Verizon Wireless
Bankruptcy Department
1 Verizon Pl.
Alpharetta, GA  30004

Capital One Auto Finance
Bankruptcy Department
3901 Dallas Parkway
Plano, TX  75093

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 12-24189 |
|---|---|---|---|
| **Joseph Rutledge** | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Jacqueline P. Cox |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Mr. Joseph Rutledge (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present their **MOTION TO MODIFY CONFIRMED PLAN,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 06/15/2012.

3. The Debtor's plan was confirmed paying a 45% dividend to unsecured creditors.

4. However, now that the claims bar date has passed, it appears that the actual filed claims have come back much higher than expected, specifically a deficiency claim on a repossessed vehicle.

5. These higher claims are making the plan run longer than the statutorily allowed 60 month limit.

6. The Debtor is otherwise substantially current in his plan payments.

7. If the plan were modified to lower the dividend to unsecured creditors in section E(8) to a minimum of 10%, the Debtor would be able to complete his Chapter 13 plan within the 60 month time period.

WHEREFORE THE DEBTOR, Mr. Joseph Rutledge, respectfully requests this Honorable Court enter an order:

1. Modifying the confirmed plan to reduce the dividend paid to unsecured creditors in section E(8) to a minimum of 10%.

          **By:**    */s/ Kyle Thomas Dallmann*
                Kyle Thomas Dallmann

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960