UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: JACQUELINE P. COX

Hearing Date: March 2, 2015

Bankruptcy Case No.: 12-24189

Adversary No.:

Title of Case: Joseph Rutledge

Brief Statement of Motion: Trustee's Motion to Dismiss for Term of Plan

Names and Addresses of moving counsel:
Tom Vaughn Chapter 13 Trustee
55 E. Monroe, Ste. 3850
Chicago, IL 60603

Representing:

## ORDER

IT IS HEREBY ORDERED    Denied

*Jacqueline P. Cox*
*J. Cox*

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT

6/11/99